**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ISRAEL GARCIA, JR., et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:11-CV-3171-N-BH** |
| | § | |
| **JENKINS/BABB LLP, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pursuant to the Special Order No. 3-251, this case was automatically referred for pretrial management. Before the Court for recommendation is *Defendant, Billi Jo Gannon's Motion for Summary Judgment and Motion to Dismiss Pursuant to FRCP 12(b)(6)*, (doc. 12); *Defendant Jenkins / Babb, LLP's Motion to Dismiss Pursuant to FRCP 12(b)(6) and Brief*, (doc. 14); *Defendant Robert E. Jenkins' Motion to Dismiss Pursuant to FRCP 12(b)(6) and Brief*, (doc. 15); and *Defendant Jason Babb's Motion to Dismiss Pursuant to FRCP 12(b)(6) and Brief*, (doc. 16), all filed January 3, 2012.

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Tuesday, January 24, 2012**. Movants may file a reply no later than **Tuesday, February 7, 2012**.

At this time, no hearing will be scheduled on these motions.

**SO ORDERED** on this 4th day of January, 2012.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1]Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.