**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ISRAEL GARCIA JR., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| vs. ) | **No. 3:11-CV-3171-N-BH** |
| ) | |
| **JENKINS/BABB LLP, et al.,** ) | |
| ) | |
| **Defendants.** ) | **Referred to U.S. Magistrate Judge** |

**ORDER**

Pursuant to *Special Order No. 3-251*, this case has been automatically referred for pretrial management, including the determination of non-dispositive motions and the issuance of findings, conclusions, and recommendations on dispositive motions. Before the Court is the *Second Motion for Enlargement of Time to File Answer or Otherwise Plead,* filed January 17, 2011 (doc. 20), of Defendants Primary Financial Services, Margaret Morrissey, Chris Gilbert, Dustin T. Dudley, and Dustin T. Dudley, Attorney at Law. Defendants' motion for an extension of 10 days to answer, respond or otherwise plead is **GRANTED**, and their answer, response or other pleading is due no later than January 27, 2012. No further extensions will be granted.

**SO ORDERED** on this 18th day of January, 2012.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE