IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISRAEL GARCIA, JR., et al., | § | |
| Plaintiffs, | § § § | |
| v. | § | Civil Action No. 3:11-CV-3171-N-BH |
| JENKINS/BABB LLP, et al., | § § § | |
| Defendants. | § § § | |

# MOTION FOR ENLARGEMENT OF TIME TO ANSWER MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW the Plaintiffs Israel Garcia Jr. and Melissa R. Garcia who request an enlargement of time to answer the Motions to Dismiss filed by *Robert E. Jenkins, Jenkins/Babb, Jason Babb, Billi Jo Gannon and the Motion for Summary Judgment by Billi Jo Gannon.*

1. Plaintiffs request an additional 10 days to respond to the above noted motions referenced in the Magistrate Judge's order filed on January 4, 2012.

2. Plaintiffs require additional time due to sickness and the volume of documents to be answered.

WHEREFORE, the Plaintiffs request this Honorable Court grant an additional 10 days to answer the above noted motions before the court.

Respectfully Submitted,

_____
Israel Garcia Jr.
115 Evening Star Circle
Red Oak, Texas 75154

_____
Melissa R. Garcia
115 Evening Star Circle
Red Oak, Texas 75154


## CERTIFICATE OF SERVICE

The undersigned certifies that on this  23  day of  January  2012 a true and correct copy of the foregoing document was mailed by USPS first class mail to the parties below:

Israel Garcia Jr.

Branch Sheppard
Johnson DeLuca Kennedy & Kurisky
4 Houston Center
1221 Lamar Suite 1000
Houston, Texas 77010

Keith Wier
Bush & Ramirez LLC
5615 Kirby Drive, Suite 900
Houston, Texas 77005

JENKINS/BABB LLP
2727 LBJ Freeway, Suite 900
Dallas, Texas 75234

Robert E. Jenkins
2727 LBJ Freeway, Suite 900
Dallas, Texas 75234

Jason Babb
2727 LBJ Freeway, Suite 900
Dallas, Texas 75234