**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ISRAEL GARCIA JR., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 3:11-CV-3171-N-BH |
| | ) | |
| **JENKINS/BABB LLP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

## ORDER

Pursuant to *Special Order No. 3-251*, this case has been automatically referred for pretrial management, including the determination of non-dispositive motions and the issuance of findings, conclusions, and recommendations on dispositive motions.  Before the Court is Plaintiffs' *Motion for Enlargement of Time to Answer Motions to Dismiss and for Summary Judgment,* filed January 23, 2012 (doc. 22).  The motion for an extension of 10 days to respond to Defendants' dispositive motions is **GRANTED**, and Plaintiffs' responses are due no later than February 3, 2012.

**SO ORDERED** on this 25th day of January, 2012.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE