IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISRAEL GARCIA, JR., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-3171-N-BH |
| | § | |
| JENKINS/BABB LLP, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Special Order No. 3-251, this case was automatically referred for pretrial management. Before the Court for recommendation is *Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted*, filed January 27, 2012 (doc. 27).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Friday, February 17, 2012**.  Movant may file a reply no later than **Friday, March 2, 2012**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 30th day of January, 2012.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.