**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ISRAEL GARCIA JR., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 3:11-CV-3171-N-BH |
| | ) | |
| **JENKINS/BABB LLP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to *Special Order No. 3-251*, this case has been automatically referred for pretrial management, including the determination of non-dispositive motions and the issuance of findings, conclusions, and recommendations on dispositive motions. Before the Court are *Plaintiffs' Motion to Dismiss Defendant Billi J. (Geneser) Gannon*, filed February 13, 2012 (doc. 34), and the *Objection to Plaintiffs' Motion to Dismiss Defendant Billi J. (Geneser) Gannon*, filed February 20, 2012 (doc. 39). At issue is whether the dismissal of this defendant should be with or without prejudice. The objection states that Plaintiffs agreed to a dismissal with prejudice and that an agreed order of dismissal with prejudice would be presented within 21 days. More than 21 days have elapsed, but no agreed order has been tendered. Accordingly, within 7 days of the date of this order, Plaintiffs must file a response to the objection that addresses the issue of whether the dismissal should be with or without prejudice.

**SO ORDERED** on this 20th day of March, 2012.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE