UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISRAEL GARCIA, JR. AND MELISSA R. GARCIA<br><br>Plaintiffs,<br><br>v.<br><br>JENKINS BABB, LLP, ROBERT E. JENKINS, JASON BABB, PRIMARY FINANCIAL SERVICES, MARGARET MORRISSEY, CHRIS GILBERT, DUSTIN T. DUDLEY, ATTORNEY AT LAW, DUSTIN T. DUDLEY, AND BILLI J. (GENESER) GANNON<br><br>Defendants | Civil Action No. 11-cv-3171-N |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs Israel Garcia, Jr. and Melissa R. Garcia and Defendant Billi Jo Geneser-Gannon file this joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would respectfully show the following:

1. Plaintiffs are Israel Garcia, Jr. and Melissa R. Garcia (collectively, "Plaintiffs"). Defendant is Billi Jo Geneser-Gannon ("Defendant").

2. Plaintiffs and Defendant jointly move to dismiss this suit with prejudice.

3. All parties agree that Plaintiffs' claims shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as evidenced by the signatures of the parties' counsel below.

Respectfully submitted,

By: _____
Israel Garcia, Jr.
*PRO SE* PLAINTIFF

Respectfully submitted,

By: _____
Melissa R. Garcia
*PRO SE* PLAINTIFF

Respectfully submitted,

By: __//s// George A. Kurisky, Jr.__
GEORGE A. KURISKY, JR.
Texas State Bar No. 11767700

OF COUNSEL:

BRANCH M. SHEPPARD
Texas Bar No. 24033057
Johnson DeLuca Kurisky & Gould, P.C.
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
(713) 652-2525 · Telephone
(713) 652-5130 – Facsimile

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was served via ECF and/or First Class Mail and/or Certified Mail Return Receipt Requested on the 21st day of March, 2012, to the following:

***Via Certified Mail Return Receipt Requested and First Class Mail***
ISRAEL GARCIA, JR.
MELISSA R. GARCIA
115 EVENING STAR CIRCLE
RED OAK, TEXAS 75154

***Via ECF***
ROBERT JENKINS
MICHAEL BABB
JENKINS BABB
2727 LBJ FREEWAY, SUITE900
DALLAS, TEXAS 75234

***Via ECF***
W. KEITH WEIR
BUSH & RAMIREZ, LLC
5615 KIRBY, SUITE 900
HOUTON, TEXAS 77005

                 //s// George A. Kurisky, Jr.
                 GEORGE A. KURISKY, JR.