**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ISRAEL GARCIA JR., et al.,** )  | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | No. 3:11-CV-3171-N-BH |
| ) | |
| **JENKINS/BABB LLP, et al.,** ) | |
| ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

## ORDER

Pursuant to *Special Order No. 3-251*, this case has been automatically referred for pretrial management, including the determination of non-dispositive motions and the issuance of findings, conclusions, and recommendations on dispositive motions. Before the Court is the plaintiffs' *Motion for Enlargement of Time to Answer Courts Findings Conclusions and Recommendation,* filed June 28, 2013 (doc. 69). The motion for an extension of 14 days to file objections to the findings, conclusions and recommendation [doc. 66] is **GRANTED**, and the plaintiffs' objections are due no later than July 11, 2013.

**SO ORDERED** on this 1st day of July, 2013.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE