**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ISRAEL GARCIA JR., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | No. 3:11-CV-3171-N-BH |
| ) | |
| **JENKINS/BABB LLP, et al.,** ) | |
| ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Accordingly, *Defendants Jenkins/Babb, LLP, Robert E. Jenkins, and Jason Babb's Motion to Dismiss Third Amended Complaint Pursuant to FRCP 12(b)(6) and Brief* (doc. 51), filed October 15, 2012, is **GRANTED.**  By separate judgment, Plaintiffs' claims against these defendants for violations of the FDCPA will be dismissed with prejudice for failure to state a claim upon which relief can be granted.  The Court exercises supplemental jurisdiction over Plaintiffs' claims against these defendants under the TDCPA and the DTPA, and these claims will be *sua sponte* dismissed with prejudice for failure to state a claim upon which relief can be granted.

**SIGNED** this 22nd day of July, 2013.

_____
DAVID GODBEY
UNITED STATES DISTRICT JUDGE