IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISRAEL GARCIA JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) No. 3:11-CV-3171-N-BH |
| | ) |
| JENKINS/BABB LLP, et al., | ) |
| | ) |
| Defendants. | ) Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, *Defendants Primary Financial Services, Margaret Morrissey, Chris Gilbert, Dustin T. Dudley, Attorney at Law, and Dustin T. Dudley's Motion for Summary Judgment* (doc. 56), filed January 27, 2012, is **GRANTED.** By separate judgment, Plaintiffs' claims against Defendants for violations of the FDCPA, the TDCPA, and the DTPA will be dismissed with prejudice.

**SIGNED** this 5th day of December, 2013.

*/s/ David C Godbey*
DAVID GODBEY
UNITED STATES DISTRICT JUDGE